UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ROBERT V. RODGERS, )<br>        Plaintiff, )<br>)<br>v. )<br>)<br>)<br>PREFERRED CAROLINAS REALTY, INC.; )<br>JAMES E. ALLEN, JR.; JIM ALLEN GROUP, )<br>INC.; HARRY JAMES THORPE; RANDALL )<br>EICHORN; LISA EICHORN; W. SIDNEY )<br>ALDRIDGE; and, NICHOLLS & )<br>CRAMPTON, P.A., )<br>)<br>        Defendants. )<br>)<br>------------------------------------------------------- )<br>)<br>IN RE: )<br>)<br>    ROBERT V. RODGERS, )<br>)<br>    Debtor. )<br>    Case No. 09-09124-8-JRL )<br>    Adversary Case No. 10-00171-8-JRL ) | **JUDGMENT**<br><br>No. 5:13-CV-161-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of appeal by Robert Rodgers, debtor, from an order of the United States Bankruptcy Court dated August 1, 2012.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered March 6, 2013, and for the reasons set forth more specifically therein, that the decision of the bankruptcy court is AFFIRMED and the Aldridge defendants' motion for judgment on the pleadings is GRANTED.

**This Judgment Filed and Entered on March 6, 2013, and Copies To:**

Ralph Hayes Hofler, III (via CM/ECF Notice of Electronic Filing)
Bryan T. Simpson (via U.S. Mail) Teague, Campbell, Dennis & Gorham, L.L.P.,
    PO Box 19207, Raleigh, NC 27619
William P. Janvier and Samantha J. Younker (via U.S. Mail) Janvier Law Firm, PLLC
    1101 Haynes Street, Suite 102, Raleigh, NC 27604
Dan Johnson McLamb and Katherine E. Fisher (via U.S. Mail) Yates, McLamb
    & Weyher, L.L.P., PO Box 2889, Raleigh, NC 27602

March 6, 2013        JULIE A. RICHARDS, CLERK
                                  /s/ Christa N. Baker
                                (By) Christa N. Baker, Deputy Clerk